UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED COTTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6270** |
| **SCOTTSDALE INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON** | **SECTION "B"(2)** |

### ORDER

Considering the Motion to Dismiss Claims against Scottsdale insurance Company with Prejudice (Rec. Doc. No. 85)

**IT IS ORDERED** that the Motion is **GRANTED** and the claims against Scottsdale Insurance Company by Plaintiffs, Alfred and Rubbie Cotton, are hereby dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE